In the Matter of the Town of Schaghticoke, Respondent, *v.*
The Fitchburg Railroad Company, Appellant.

*Matter of Town Board of Schaghticoke* v. *Fitchburg R. R. Co.*, 53 App. Div. 16, affirmed.

(Argued January 10, 1902; decided January 28, 1902.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, made June 28, 1900, which affirmed a determination of the board of railroad commissioners of the state of New York that the grade crossing of the defendant's railroad at Melrose should be abolished and directing said defendant to carry the highway beneath its railroad.

*T. F. Hamilton* for appellant.

*Frank E. McDuffee* for respondent.

Order affirmed, with costs; no opinion.

Concur: Gray, O'Brien, Bartlett, Haight, Cullen and Werner, JJ. Not sitting: Parker, Ch. J.

---

The People of the State of New York, Respondent, *v.*
Peter Colletta, Appellant.

*People* v. *Colletta*, 65 App. Div. 570, affirmed.

(Argued January 10, 1902; decided January 28, 1902.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1901, affirming a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of assault in the third degree.

*John J. Freschi* and *Einar Chrystie* for appellant.

*John F. Clarke, District Attorney* ( *William Van Wyck* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Haight, Cullen and Werner, JJ.